IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLTON REED TIPTON | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv106 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Plaintiff Charlton Reed Tipton, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff did not file objections to the Report and Recommendation.  However, he did file a motion asking that his lawsuit be voluntarily dismissed.  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff is entitled to voluntarily dismiss his case prior ro the service of any adverse party.

### ORDER

Accordingly, plaintiff's motion for voluntary dismissal (doc. no. 8) is **GRANTED**.  The Report of the Magistrate Judge (doc. no. 6) is **PARTIALLY ADOPTED** to the extent it recommends dismissal of this lawsuit.  An appropriate final judgment shall be entered.

**SIGNED this 3rd day of March, 2021.**

Michael J. Truncale
United States District Judge